UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re:                                         :          CASE NO.: 07-13423-JKO
                                               :
JULIE ANNE CARLSON,                            :          CHAPTER 7
                                               :
    Debtor.                                    :
_____/

**AGREED EX-PARTE MOTION TO EXTEND THE DEADLINES FOR FILING OBJECTIONS TO CLAIMED EXEMPTIONS AND OBJECTING TO DISCHARGE**

       The Trustee, Kenneth A. Welt, moves this Court for the entry of an Agreed Order extending the deadlines for filing objections to the Debtor's claimed exemptions and objecting to discharge in this case and in support thereof states:

       1.      This is a voluntary Chapter 7 case which was commenced by the Debtor on May 8, 2007, and Kenneth A. Welt was appointed to serve as the Chapter 7 Trustee.

       2.      The First Meeting of Creditors was held in connection with this case on June 8, 2007.

       3.      The Trustee requires additional time in which to investigate the financial dealings of the debtor, the current market value of claimed exemptions and other responsibilities of the Trustee pursuant to 11 U.S.C. § 704.

       4.      The undersigned conducted a Rule 2004 Examination of the Debtor on June 20, 2007 and requested numerous documents and information that has not been provided. The Trustee cannot finalize his investigation of the exemption and discharge issues in this case until the documents and information that has been requested is provided. In addition the undersigned and debtor's counsel are attempting to reach a global settlement of all pending issues in the case and need additional time to try to finalize a settlement.

CASE NO.: 07-13423-JKO

5.  The current deadline for filing objections to claimed exemptions in connection with this case is November 8, 2007. The Trustee requests a 60 day extension of this deadline to January 8, 2008.

6.  The current deadline for filing objections to the Debtor's discharge in connection with this case is November 7, 2007. The Trustee requests a 60 day extension of this deadline to January 7, 2008.

7.  F.R.B.P 9006(b) provides that the Court may, for cause shown, before expiration of the time originally prescribed or as extended, enter an order enlarging time. For the above reasons, good cause has been demonstrated.

8.  The undersigned spoke to Robert F. Elgidely (Debtor's attorney) on October 22, 2007 who indicated he had no objections to extending the deadlines as requested in this motion.

WHEREFORE, Kenneth A. Welt, Trustee, moves this Court for the entry of an Order extending the deadlines for filing an objection to the Debtor's claimed exemptions to January 8, 2008, and extending the deadline for filing objections to the Debtor's discharge to January 7, 2008, together with any other relief the Court deems appropriate under the facts.

Dated: November 7, 2007

ROBERT A. ANGUEIRA, P.A.
2525 S.W. 27th Avenue, Suite 200A
Miami, Florida 33133
Tel. (305) 856-5880
Fax (305) 856-5887
e-mail rangueir@bellsouth.net


By _____
ROBERT A. ANGUEIRA
Florida Bar No. 0833241

CASE NO.: 07-13423-JKO

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 7th day of November, 2007, to the Debtor.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 7th day of September, 2007, to John C Brock, sobkmail@defaultlawfl.com, Robert F Elgidely, bob@elgidelylawoffice.com, Robert F. Elgidely, relgidely@gjb-law.com, Raymond V Miller, rmiller@gunster.com, vyon@gunster.com, Office of the US Trustee, USTPRegion21.MM.ECF@usdoj.gov, Steven G. Powrozek, spowrozek@logs.com, Kenneth A Welt, court@kawpa.com, fl10@ecfcbis.com, and all other registered users who have appeared on this case.

>ROBERT A. ANGUEIRA, P.A.
>2525 S.W. 27th Avenue, Suite 200A
>Miami, Florida 33133
>Tel. (305) 856-5880
>Fax (305) 856-5887
>e-mail rangueir@bellsouth.net
>
>By _____
>      ROBERT A. ANGUEIRA
>      Florida Bar No. 0833241

3