

**ORDERED in the Southern District of Florida on August 15, 2008.**

*/s/ John K. Olson*

**John K. Olson, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(FT. LAUDERDALE, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 07-13423-JKO |
| | : | |
| JULIE ANNE CARLSON, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____/ | | |

### ORDER DENYING AS MOOT THE TRUSTEE'S
### MOTION TO COMPEL THE DEBTOR TO TURNOVER DOCUMENTS

THIS MATTER came to the Court on the Chapter 7 Trustee's Motion to Compel the Debtor to Turnover Documents (C.P. #78). This Court has granted the Trustee's Motion to Approve Stipulation to Compromise Controversy (C.P. #110). As part of that settlement it is,

**ORDERED AND ADJUDGED** that the Trustee's Motion to Compel the Debtor to Turnover Documents (C.P. #78) is **DENIED AS MOOT.**

###

Submitted by:
ROBERT A. ANGUEIRA, P.A.
Robert A. Angueira, Esq.
4770 Hollywood Blvd.
Hollywood, FL 33021
954/961-9989 (Tel)
954-961-9919 (Fax)
e-mail: rangueir@bellsouth.net
Copies furnished to:
Robert A. Angueira, Esq.
*(Attorney Robert Angueira is directed to serve copies of this Order upon the Debtor, Debtor's attorney, Trustee, U.S. Trustee and all parties who have requested notice, and to file a Certificate of Service with the Court confirming such service.)*